HELEN MAXWELL v. THE CITY OF JERSEY CITY.

January 23, 1984.

Petition for certification denied.

JUAN RESTO v. JOSEPH DISANTI CONCRETE, INC. AND WELSBACH CONCRETE.

January 23, 1984.

Petition for certification denied.

JULIA TRUPIANO v. RUTGERS UNIVERSITY.

January 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE SHROPSHIRE.

January 23, 1984.

Petition for certification denied.